**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

# FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

AUG 0 5 2024

_____Delta_____ **DIVISION**

TAMMY H. DOWNS, CLERK

CASE NO. 2:24-cv-142-BSM-JTK

By: _____
                                    DEP CLERK

**Jury Trial:** ☑ **Yes** ☐ **No**
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Shane A. Lonix_
      ADC # _145216_

      Address: _E.A.R.U. P.O. Box 970, Marianna, AR. 72360_

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Wellpath incorporation Regional office_

      Position: _Practitioners/Doctor "Ms.Bennett & Mr.Kerstein_

      Place of employment: _E.A.R.U., ADC, 1283 Murfreesboro Road, Nashville, TN. 37217_

      Address: _E.A.R.U. P.O. Box 970, Marianna, AR. 72360_

      Name of defendant: _Mr. Kerstein — Kerstein_

      Position: _Practitioner/Doctor_

- 4 -        This case assigned to District Judge **Miller**
             and to Magistrate Judge **Kearney**

Place of employment: _E.A.R.U. - ADC - wellpath_

Address: _E.A.R.U. P.O. Box 970, marianna, AR. 72360_

Name of defendant: _Ms. Bennett_

Position: _practitioner/Doctor_

Place of employment: _E.A.R.U - ADC - wellpath_

Address: _E.A.R.U. po Box 970, marianna, AR. 72360_

Name of defendant: ~~Thomas Burns~~ _Captain Lane_

Position: _Captain ADC._

Place of employment: _East Arkansas Regional Unit_

Address: _E.A.R.U, po Box 970, marianna, AR. 72360_

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.   Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ___

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑    Parties to the previous lawsuit:

Plaintiffs: ~~Mr. Burns, Captain Lane~~ _Shane A. Lonix_

Defendants: _Mr. Burns - Captain Lane_

☑ Court (if federal court, name the district; if state court, name the county):

_Lee county_

☑ Docket Number: _#241852_

☑ Name of judge to whom case was assigned: —

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _pending - kris Higdon - Tawnie Rowell_

☑ Approximate date of filing lawsuit: _5-22-24, refiled._

☑ Approximate date of disposition: _NA_

IV.   Place of present confinement: _East Arkansas Regional unit_

_____

V.    At the time of the alleged incident(s), were you:
      (check appropriate blank)

      _____ in jail and still awaiting trial on pending criminal charges

      ✓ serving a sentence as a result of a judgment of conviction

      _____ in jail for other reasons (e.g., alleged probation violation, etc.)
            explain: _____

            _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

      A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

            Yes ✓     No _____

      B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes __✓__   No ____

If not, why? __ADC Staff Neglect.__ _____

_____

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I claim medical malpractice against practitioners/doctors MS. vennett and Mr. ~~kisstein~~ kerstcen at the E.A.R.u. on 3-8-24 and 6-12-24 visits of Morning time after inmate Lonix #145216 paid each $3.00 medical co-pay fees and were Not medically examined correctly for a cure, healing, or long term treatments? I seek pain an suffering damages of $9,000 and general damages/special/punitive damages of $6,000? Since 2019 complaints-grievances- and motions of help hasn't gained relief for inmate Lonix...which, by the Neglect of ADC wellpath employees, inmate Lonix has been cruelly analyzed/assest from verbal denials instead of x-ray scans or mRI scans to determine whether Inmate Lonik is motoring around in/with severe punishments? My legal actions are requesting: mRI scan for back/Neck, left Shoulder, Right knee, and Left knee. X-ray scan for upper left torso/Neck an Shoulder? if proven injured, I pray for relief.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

#1. Life time supply of braces for both anckles and both knees. #2. Life-time supply of Ensure drinking Supplement. #3. minimum of 15 years housed in Malvern "Ouichita River unit prison. #4. Any Dept Owed in my Name paid off. And #5. Compensation of $15,000.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18 day of June , 20 24 .

_____

_____

_____

Signature(s) of plaintiff(s)

-8-

Ex# 2

# REQUEST FOR INTERVIEW

UNIT: _Cummins_

DATE: _10-24-22_

TO: _Infirmary_  OFFICE: _Infirmary_

FROM: _Shane Lonix_  NUMBER: _145216_  BKS: _21-04_
(Inmate's Name)

JOB ASSIGNMENT: _GF_  SUPERVISOR: _____

WORKING HOURS: _____  TO: _____

GIVE A DETAILED REASON FOR INTERVIEW: _What medical class am I?_
_What level is my medical jacket?_

_you are an M1 with no restrictions - KMauttins_

_____
(Inmate's Signature)

Form 40

800-4

**STATE OF ARKANSAS**      )
                              ) §

**COUNTY OF** _Lee_       )

### AFFIDAVIT

I, _Shane Lonix_ , after first being sworn, do hereby swear, depose and State that: _There should have been No reason on 3-8-24 and 6-12-24, that an x-ray scan or MRI scan and/or inmate Lonix's medical jacket rejected were unavailable? I'm requesting from the courts to enforce ADC of providing a Nerologist doctor for the exam of my Nerve system and a pediatric doctor for the exam of Nurishment I'm having trouble with, and also a physical doctor of examining my Left and right knees and my left shoulder and Neck an back areas. And/or a Surgical doctor to exam my full body of any Need for surgery procedures? I weren't satisfied by the completion of Mr.Kirstin, in the completion of my legal process. I'm requesting a case worker provided by the courts because I understand and have all the right steps to take, but I'm unable to utalize the footwork?_

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_6-19-24_
DATE

AFFIANT _Shane Lonix_

_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_
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _23_ day of _June_ , 20 _24_.

NOTARY PUBLIC

My Commission Expires: _____

FRANKLIN L. GRAHAM
No. 12704972
SAINT FRANCIS COUNTY
Commission Expires 4-21-2027
NOTARY PUBLIC ARKANSAS

Grievance
Step 1

1-29-24

Exhibit #1
(A)

## Opposing party statement

On 1-27-24, 6:Am-7:Am at EARU, I-145216 was illegally denied an refused by ADC staff Peacock of medical treatment. because I'm in isolation segregation 822 max my options were to submit another $3.00 sick call and/or proceed with a grievance Natured problem that because of the actions of ADC "Peacock" stateing "so your Not going" to the eye clinic after I-145216, stated "Can someone else ~~take me~~", I said "Yes, I'm going" as I proceeded to get ready when ADC, Peacock began to talk an Walk away. Because of her actions which I've paid $3.00 for medical and had to wait over 1 month for attendance, I suffer brain damage that while straining my eyes to view objects that are far off. This brain damage has alerted all senses of erupting other injuries such as: my left side back of left leg, my front side Right leg Right side, and my front left shoulder, fails my ability in movement from the endurance of my survival. That because I've missed that eye exam; I suffer stress, agony, pain, and on 1-29-24 between 7:Am-9:Am escorted by Sgt. Gramm an co- ~~staff~~ "Hobbs" Dr. Kirkstand visit has denied me from an MRI scan. ADC staff Peacock an Wellpath employees should understand fair treatment, which to be denied of medical should Not be by staff who isn't medical. camera of max 822 proves these facts. In this environment I deserved to be healthy and/or housed around equal individuals under these extreme pressures.

S.A.L.

~~To prevent the problem ADC "Peacock" made, she should Notified other staff to escort me, but by her carelessness she has left me in distress.~~

Step 2 - On 2-21-24, 2-20-24, CO-peacock stated "so you like brooms up your ass", Sgt. Sanders for witness.

6-18-24                              Claim

I claim medical malpractice against practitioners/doctors Ms. vennett and mr.
Kirotan at the E.A.R.U. on 3-8-24 and 6-12-24 , it's its of morning time
after inmate Lonix-145216 paid each $3.00 medical co-pay fees and were Not
medically examined correctly for a cure, healing, or long-term treatments? I seek
pain an suffering damages of $9,000 and general damages/special damages/punitive
damages of $6,000? Since 2019, complaints-grievances-and motions of help
hasn't gained relief for inmate Lonix...which, by the Neglect of ADC wellpath
employees inmate Lonix has been cruelly analyzed/assested from verbal denials
instead of x-ray scans or MRI scans to determine whether inmate Lonix is
motoring in severe punishments? my legal actions are requesting: MRI scan
for back/neck, with Left shoulder, Right knee, and left knee? X-ray scan for
upper left torso/neck an shoulder? If proven injured I pray for relief.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ A |
| | Date Received: _____ |
| | GRV. Code #: _____ |

Name _____

ADC# _____ Brks # _____ Job Assignment _____

_____ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE  (An emergency situation is one in which you may be subject to a substantial risk of physical harm:  emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?*  _____  *If yes, circle one:  medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected.  (Please Print): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature _____  Date _____

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____  Date _____

PRINT STAFF NAME (PROBLEM SOLVER) _____ ID Number _____ Staff Signature _____ Date Received _____
Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

Staff Signature & Date Returned _____ | Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____  (Forwarded to Grievance Officer/Warden/Other)  Date: _____
If forwarded, provide name of person  receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts;  **BLUE** - Grievance Officer;  **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15
www.adcatalog.com

#1
Exit. B

6-18-24                              Grievance

On 6-12-24, Am. Morning time, I were seen by practitioner/doctor Mc.Kirstan, escorted by Sgt.Johnson and CO AY. The visit last No more then 8 minutes of a $3.00 medical co-pay charge I will Not afford again...only because I've complained about 3 Limbs since 2019 and harmed by ADC staff 2-15-24, that I suffer Neck/back/an left shoulder agony, which on 3-8-24 I were seen by Dr.Vennett and had a simular experience. I were Not medically examined! the E.A.R.U. ADC-wellpath employees has performed medical malpractice, which is a term that I'm claiming of these visit's. because I have visable past injuries, because I'm able to prove being slammed on my left upperside, and because I've paid an claim to be in pain, I deserved or earned an X-ray scan and an MRI scan. my medical records has also been denied of my viewing. by Law these machines will prove my statements of claims, which the medical team of E.A.R.U. has failed my Necessity to become healed, cured, and/or treated. On 6-12-24 the medical examiner didn't even address my sick calls request 6-7-24. By these actions, I am unable to be happy, because of these actions I'm left of No self protection, and their doctoring methods have hindered my ability to produce qualified attributes an traits of a Normal human-being inmate. I will refuse work.

Step2 6-21-24
Step3

#1-B

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** _E. A. B. U._

**Name** _Chanc A. Loonx_

**ADC#** _145216_  **Brks #** _Bax 725_  **Job Assignment** _v.c._

| FOR OFFICE USE ONLY |
| --- |
| GRV. # |
| Date Received: |
| GRV. Code #: |

_6-11-24_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _on 6-12-24, A.m. within time frame I was seen by cert. Turner/office of P.C. Linton, I carried a grievance id, #14 the visit last No more than 2 minutes of a $3.00 medical co-payment, I will Not afford again. Only because I've complained about 3 limbs since 2019 and harmed by ADC staff. 6-15-24 that I suffer Neck/Back/an left shoulder injury which on 5-8-24 I was seen by Dr. Bennett and had "Similar experience." I was Not medically examined." The E.A.B.U. ADC-in Health services has performed "medical malpractice." It is a torn that I'm claiming at this visit because I have visible easy injuries here. I'm in severe pain/stretched on my left arm/side and because I've visit on claim to be in pain. I described or entered an x-ray scan and an MRI scan, my clinical records has also been denied of my claim. Is 1st these machines will prove "statements of claims" with the medical team of E.A.R.U. has failed in it's ability to overcome healed, cured, and/or treated on 6-12-24, the medic I examined I, I got clinic/address on sick calls request-6-7-24. By this act, I am unwilling or be happy or wise of this action in act of No self protection, as it is torturing. my needs have bred under my ability, produce unified. The bodies are traits of a Normal human being, Invisible, no ability, no oddities._

~~Samuel Jons~~ X                          _6-11-24_

**Inmate Signature**                          **Date**

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical/or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_L. Glenna_     _150707_     _S. Oliver_     _6/18/24_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15     www.aclcatalog.com

#1-B

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| **Unit/Center** _____ | GRV. # _____ |
| **Name** _____ | Date Received: _____ |
| **ADC#** _____ **Brks #** _____ **Job Assignment** _____ | GRV. Code #: _____ |

#2

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Inmate Signature                                Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____    _____    _____    _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

_____          _____
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15    www.aclcatalog.com

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| | | | | | | |
|---|---|---|---|---|---|---|
| **INMATE NAME:** | Lonix, Shane A. | **ADC #:** | 145216 | **GRIEVANCE#:** | EAM24-01407 |

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On June 18, 2024, you grieved "I was literally sick because my eye glands are under stress. on a normal day I swint eyes to try an stay focused. And on 4-19-24, I had an ordered prescription for glasses. After I received eye glasses, my eyes still itch an burn and because of the Lights that are on 24, my hours a day, 7 days a week, my eyes of vision are flashed with Holographic images of cell bars and dots of the colors of of white, clear, red, black, and green... sometime yellow or grey, etc. I have an easy time sleeping, but a very difficult time viewing objects. My adrenaline rush disrupts my methods when I "m unable to tolerate acid level"function". Meaning, I get dizzy, and light headed... Due to the incorrect medical treatment I need prescription glasses I can see out of without experiencing discomfort? And/ or medication, that can help my mucus system?"

The medical department responded, "Records reflect you were given black frame eyeglasses on 5-10-24 and signed for them. On 5-14-24 you placed a sick call complaining that your glasses were the wrong prescription. You were seen on 5-17-24 for this complaint and were advised that you need to give time for your eyes to adjust to the new prescription. A new consult was generated for you to see the optometrist on 5-14-24 and are scheduled to be seen during the eye clinic. In conclusion, you have been scheduled to see the optometrist during the next eye clinic. Your grievance is without merit."

Your appeal states "On 6-29-24, I seen the optometrist and he stated "your seeing 20/20 vision, so there's no need for me to prescribe you with another pair of glasses"! the solution in the frames aren't helping my vision 100% or even 60%....Since I've paid $3.00 for every sick call without proper care, I'm requesting a full refund of every sick call I submitted to the EARU medical team? for false medical care!"

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The medical department appropriately addressed your complaint and you were seen by optometry on June 29, 2024, for which you received new glasses July 17, 2024; therefore, this appeal is without merit.

DIRECTOR

Aundrea Culclager    7/17/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

page 2                    Formal investigation                    # 241852

And 3-22-24 by Sgt. Nickens. Inmate Lonix-)45216, were Not able to

proceed with any grievance of the said staff of ADC ... due to the failures

of ADC, East Arkansas Regional Unit "EARU" staff members Negligences.

13 — On 11-2-23, afternoon time at the EARU", inmate Lonix were sent to-placed

in isolation 1, 16 cell by Lt. Jeelley. Since then, Inmate Lonix Never recieved

correct treatment services, which lead to Inmate Lonix filing grievances, placing

3.00 sick calls, sending many Inmate Request forms, sending out Letters, and

14   making prea calls - signed statement on 2-26-24.

On 2-15-24 between 9:Pm-1:Am, minutes after the Attack of cpt. Lane and picture, he States

"I will Never do that again". And "He prefers to see a man", while cpt. Lane persuades

the Female Nurse to stop with her medical exam, she leaves.

15   On 2-15-24 between 9:Pm-1:Am at EARU as seen on video Camera footages; max

8 barrack and throughout hallways onto the max administration door area ... On

the 2nd tier of max 822, CO-wofford orders inmate Lonix to "empty that towel out"?

16   basicly, to Shake Myself down "Inmate Lonix-)45216". I empty a Large store bought towel

containing (soap, soap dish, small towel, & Boxer short). I was placed in handcuffs

17   (Not Locked) by CO-mr. White, as I were directed from 822 cell for a shower. I

hear from CO-wofford "Normally when they got an attitude like that, I usually don't

18   take they ass to the shower". I raised my leg/foot for the remaining chain lengthed

restraints to be placed upon my anckles when Both ADC guards insisted that I move

19   along without being fully restrained. As CO-wofford begins to grab and weigh on

my left arm (shoulder), I immediately flinch an state "can CO-white grab me and

20   can ya'll switch"? CO-wofford tightens her grip, and States "NO", and pushes my

arm in the direction of the shower. while I started to snap away from her hysterical

21   motion and vibe ... she becomes more adjitated and feminen. while she orders

me back into 822 cell, I refuse and Do wofford becomes more aggressive.

22   Instead of ADC staff calling the "All available staff" call or writing a disciplinsry ...

Inmate Lonix

4-15-24                   Formal Investigation 1-5                    #241852

1 — my Name is Shane A. Lonix born 5-18-87, creole from Fort Polk, Louisiana.

2   An Army Base. Prison Sentence "plea deal" signed November 10, 2010 — Wrightsville

3   Unit, Arkansas — Life W/o parole sentence.

3 — Documented facts =2012, Varner Unit, ADC guard "mazzoni" orders inmate Lonix
to "catch your rack" lights out, and exits 14 barrack, minutes later, instead of
writing a disciplinary or calling the "All available staff" call, ADC guard rips blanket
off the table while 2 inmates played dominoes, incident occurs.

4 — 2013-2015, varner unit, inmate Dereck Irland "crispy" burns inmate Lonix's
jointed lighting fixture, but inmate Lonix was charged by varner unit ADC
Staff over $825.00.

5 — 2017-2018, cummins unit ADC sargent places inmate Lonix under direct orders
of entering a 2-racked cell that housed inmate marcus Johnson "marlow", minutes

6  after the refusals of both inmates. Instead of calling the "All available staff"
call or writing a disciplinary the ADC sargent manuvers inmate Lonix into cell as

7  inmate Lonix was fought and Right knee re-injured. Disciplinary wrote on both
inmates, but inmate marcus johnson was punished.

8  2019-2024, cummins unit/East Arkansas Regional unit cases from inmate
Lonix 5:19-cv-00341, 4:20-cv-00179, denied. 4:23-cv-01041, claim 240013, claim
#240637, legal mail lost or stolen and ended legal actions.

9 — Neglect   On 1-27-24, Sgt. Peacock an CO-Evans denied inmate Lonix's medical, "eye-exam".
morning time of EARU. on 1-29-24, practioner ms.kirkstand ~~ms. Bennett~~ fails to provide

10  medical services of allowing inmate Lonix to view medical jacket. on 3-8-24,
medical practioner ms. Bennett fails to produce medical care of a cure,

11  x-rays, and/or MRI scans. on 1-29-24 captain Lane signs first step process
of a medical grievance, which was avoided and Never Returned back to inmate

12  Lonix. All grievances signed by ADC, EARU staff were abandoned such as: 12-6-23
by Sgt. Jackson, 12-10-23 by Sgt. Johnson, 2-27-24 by Sgt. King ...
Shane Lonix

6-17-24                     _Informal investigation_                     page 1

1   What separates a doctor from a Normal human-being is their ability to
read or operate any medical equiptment and accurately elaborate about

2   the performances of the medical machines? on 3-8-24 and 6-12-24 Neither
practitioner/doctor used medical equiptment, that would have stopped my

3   future claims? The ADC staff has allowed Mr. Kersteen and Ms. Bennett to earn

4.  paychecks by stealing the $3.00 medical co-pay from inmate Lonix-145216? Since
2019, Inmate Lonix has complained of Left knee, Right knee, and Left shoulder? on

5-  2-15-24, these 3 Limbs were inflicted by harm? He suffers an uncomfortable
experience living in prison while weakend....meaning, Inmates and ADC.

6   Staff members takes advantages of weak people. "I've been bullied"! on
6-18-24 a grievance concerning these matters were sent to medical, but No

7   relief to inmate Lonix has been granted? I claim medical malpractice because
although the E.A.R.U. medical team are able to understand the medical
machines, they fail to utilize these machines, "x-ray scan / MRI Scans"?

8   And because the medical staff of ADC know the Literary terms of medical
assestments, doesn't mean they've cured, healed, or treated inmate Lonix's

9   medical problems correctly? By a figure of Law, these machines will prove
who is the fact of knowledge....That "I know I'm injured because of pain

10  or discomfort"? I've been living inside my own body for 37 years....So, to
tell me, that I'm able to perform work duties without an x-ray or MRI

11  scan should be considered illegal? Unconstitutional? Even if, a person

12  has a medical degree? in the 2020 inmate handbook on page 4, the mission
and vision statement suggests: "Strengthen the work ethic through teaching of

13  good habits" and "providing cost efficient"? These terms are violated and I
constantly

14  repeatedly report intolerable communications, that has been ignored. I prey
that relief is granted of my claim for the satisfaction of a truthfully
injured Inmate, whose paid $3.00 to be medically treated, Not Denied?

page 2                                                informal

15  What area was the Naproxen medication treating... because "I request and
16  my body deserves" braces, MRI Scans, and x-ray scans? In order to treat a
    patient, the medical examiner should learn of each important fault of
17  a harmed limb or desired complication of the patient. On 6-12-24 inmate Lonix
18  was Not physically examined by Mr. kersteen. If inmate Lonix is experiencing
    an injured state of mind-frame, and suffering through complications
    of ADC Staff while he is escorted by the weight of chains and grip
    of Guards... Do Mr. kersteen and Ms. vennett think, that Naproxen medicate
    will satisfy all of the sick call requests inmate Lonix has submitted?
19  Inmate Lonix has provided more attention to these injuries than living a
    Normal life-style in prison and this is punishment to the highest degree
20  without relief from Mr. kersteen decisions, Nor Ms. vennett treatment. Time
21  has Not cured, healed, or fixed these injuries. Inmate Lonix has been punished
    more than the law allows. Healing equals rehabilitation, cureing equals the
    use of equiptment such as braces, medication, etc. and treatment equals and
    consist of a solved equassion, meaning The doctor located the problem or
22  injury an has taken the Necessary risks he/she Needs. Treatment is the
    action of rehabilitation and on 6-12-24 Mr. kersteen order Naproxen for
    inmate Lonix, received on 6-21-24, but No braces or surgery or MRI or
23  x-ray scans. The problem of injury has Never been located by E.A.R.U
    medical staff. The medication did Not treat inmate Lonix's claim of
24  injuries? Inmate Lonix is Not stateing that other ADC medical staff are
    completing their tasks, but inmate Lonix is stateing that being in ADC medical
    staff's care an concern has Not Satisfied or treated this claim of
25  injury since 2019. if any Limb seems to be injured or in pain, by Law
    an inmate is Not fit for ADC work services. "inmates are Layed in"
    from work duties until medical relieves the inmate.

Shane A. Lonix #145216
P.O. Box 970
marianna, AR. 72360

US POSTAGE $C

~~CTA/PE~~
~~Durland Alternatives library~~
~~P.O. Box 6556~~
~~Ithaca, NY. 14851~~

U.S. District Court
Clerks office
600 West Capitol Avenue
Suite A-149

Little Rock, AR. 72201