

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 2:24-cv-00142-BSM-JTK

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Shane A. Lonix
ADC # 145216

Address: EARU, P.O. Box 970, marianna, AR. 72360

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge _____ and to Magistrate Judge _____*

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Arkansas Division of correction - cpt. Lane

Position: Captain Lane

Place of employment: "EARU", East Arkansas Regional unit

Address: EARU, P.O. Box 970, marianna, AR. 72360

Name of defendant: Gary Lee Kerstein

Position: practitioner/Doctor/provider

Place of employment: E.A.R.U./wellpath incorporation Regional office

Address: 1283 murfreesboro Rd., Nashville, TN. 37217

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓  No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑ Parties to the previous lawsuit:

Plaintiffs: Shane Lonix
#145216

Defendants: Arkansas Department of corrections, Division of correction

5

☑ Court (if federal court, name the district; if state court, name the county): Arkansas State Claims commission (Lee county) ?

☑ Docket Number: #241852

☑ Name of judge to whom case was assigned: Henry Kinslow, Paul morris, Sylvester Smith

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending - Litigating

☑ Approximate date of filing lawsuit: 6-5-24, July-18-24

☐ Approximate date of disposition: ____

IV. Place of present confinement: East Arkansas Regional unit

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

yes ☑ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ☑   No ____

    B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? __Neglect by ADC security.__

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Captain Lane caused physical harm to inmate Lonix who were fully restrained by his orders on 2-15-24, 9:Pm-1:Am. #1 Witness is video footage on camera at the E.A.R.U.. ADC cameras caught Cpt. Lane pulling inmate Lonix to the floor which violates the ADC policy (use of force) 17-06. No medical exam of physical touch, MRI scan, or X-ray was conducted, which inmate Lonix produced 300 sick calls and wrote grievances. Mr. Kerstein who've denied all or any relief for inmate Lonix on 6-12-24 and 7-15-24, which violates the inmate handbook 2020 edition classification, mission and vision statement pages 4-7. Inmate Lonix claims medical malpractice of Mr. Kerstein because it is plausible that Lonix's complaints were in reasonable concern due to the escort by Cpt. Lane on 2-15-24. Inmate Lonix seeks $50,000. Retrobution, pain an suffering, monetary, and general damages.

VIII. Relief

    <u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

50,000 dollars compensated, medical of out patient, and 15 year minimum unit transfer to Ouachita River?

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___4___ day of ___September___, 20_24_.

_____
Signature(s) of plaintiff(s)

8

## Informal Investigation

1. On 2-15-24, 9:PM-1:AM at the East Arkansas Regional unit of the Arkansas Department/Division of Corrections workers Cpt. "captain" Lane harms inmate Lonix who were fully restrained, which Provider Mr. Kerstein on 6-12-24 and 7-15-24 heard the complainted $3.00 sick calls of inmate Lonix about Left shoulder, left wrist, Right knee, Left knee, Left ankle, Right ankle, and back-Neck... Due to the use of force (17-06) (AR 409) (AR 411) from Cpt. Lane. Violations of policy.

2. On 1-29-24, inmate Lonix-145216 visited Mr. Kerstein and were denied of any and all claim of injuries, which lead the inmate to write a grievance signed by Cpt. Lane on 1-29-24... for Step 1 process. The grievance were abandoned by Cpt. Lane and inmate Lonix's actions of Legal correspondence were denied. Neglect. under the inmate Grievance procedure (19-20) (AR-835) (supersedes 14-16) Cpt. Lane violated policy.

3. Since from the view of a taken picture on 2-15-24 by a female ADC security guard and the visual of each camera of the E.A.R.U. max 8 barrack, hallways, and in front of the Max administration door... video from cameras above door are requested for witness testimony, that ADC Security Staff Cpt. Lane caused physical harm to inmate Lonix? Which, gave rise to an medical report of inmate Lonix after 2-15-24?

4. Because these incidents were on ADC property, under E.A.R.U, ADC rules and Laws.... Mr. Kerstein and Cpt. Lane owed inmate Lonix a duty of care because they are employed ADC/Wellpath Staff members? That Duty of care were breached on 2-15-24 and 6-12-24, also 7-15-24 by the said defendants Mr. Kerstein and Cpt. Lane... with inmate Lonix being in total fear, hurt, and bullied.

5. Inmate Lonix is requesting a court order, that medical exams be producted and produced stateing inmate Lonix's groundwork abilities under strict provisions? medical malpractice of Mr. Kerstein when these pacific exams take place is acquired? without a court order. pacific medical exam, Mr. Kerstein has still violated policy of giving inmate Lonix No medical relief, which constitutes having inmate Lonix imprisoned because Mr. Kerstein's decisions of his medical relates to a big risk?

Case: 2:24-cv-00142-BSM-JTK

8-22-24
SHANE A LONIX ADC#145216
EAST ARKANSAS REGIONAL UNIT
ARKANSAS DIVISION OF CORRECTION
POST OFFICE BOX 970
MARIANNA AR 72360

Legal obligation                                    pg. 2

by the preponderance of the evidence, Inmate Lonix will prove each element.
#1. medical malpractice - Inmate Lonix-145216 submitted 3.00 sick calls since 7-27-18... History of injuries. Every Grievance from inmate Lonix found without merit by Aundrea Culclager... and medical manager Jason palmer of the E.A.R.U. which on 3-8-24 and 7-15-24, ms. Bennett and mr. kerstein after Numerous of inmates Lonix medical visit's, Denials of every requested medical assistances.
- The inmate handbook on page 5 (classification) is violated such as sending a complaining inmate into Judgemental discressions without medical relief, is a risk and hazardeous.
- ms. Bennett and mr. kerstein has also violated the mission statement, vision statement, the Classification, the work assignments, the Unit Reassignments, promotion and Reclassification, Following orders, Living in a prison setting, from pages 4-7? The medical services - health services on page 25? By Facts and Law...
- Mr. kerstein Never physically addressed inmate Lonix's injuries or claim of injuries? ms. Bennett 6-12-24, 7-15-24, and 1-29-24.
- ms. Bennett on 11-15-24, 11-17-24, and 3-8-24 Never medically treated inmate Lonix's claim of injuries?
- When unwanted treatment such as medication (Naproxen/Isprofein) and a Blood sample were apointed by the ADC medical providers "ms. Bennett and mr. kerstein", from the E.A.R.U. practitioners... Inmate Lonix continued to file grievances and place 3.00 sick calls about being harmed from ADC security. Recent harm, that required medical care?
#2. Neglect - Captain Lane on 2-15-24 harmed inmate Lonix after the inmate was fully restrained. And signed a Neglected Grievance of inmate Lonix on 1-29-24 concerning medical? Cpt. Lane gave reason a medical exam was required of inmate Lonix?... The medical team of the E.A.R.U. wellpath employees owed inmate Lonix a care of medical treatment or concern? use of force by cpt. Lane.
- malpractice means - professional Negligence, failing to use the type of care a professional should reasonably use in a given situation?
- on 8-24-24, Inmate Lonix requested a transfer to warden Richardson.
- Bell Atlantic Corp. V. Twombly, 550 U.S. 544 (2007), gave rise for a legal claim?

~~Case: 2:24-cv-00142-BSM-JTK~~

SHANE A LONIX ADC#145216
EAST ARKANSAS REGIONAL UNIT
ARKANSAS DIVISION OF CORRECTION
POST OFFICE BOX 970
MARIANNA AR 72360

Legal obligation   pg. 3

_____ ~~Objection~~ _____   page 1 of 7        1-10-2017

- use of force - 17-06

reference: AR 409 use of force, AR 410 use of chemical agents and other Non-Lethal weapons: AR 411 use of Audio Visual Equipment; AD 2014-17 Electronic Control devices.

policy - the ADC will train all security personnel and others as designated by Administrative Directive or by the director, in the permissible use of force to ensure that force is only used to the degree necessary to maintain order and discipline, and to ensure the safety of persons and the security of operations.

2. - Explanation

3 - Definitions - Deadly force (physical injury)
                  Non-deadly force

4. procedures - A.
    1. preventing escapes
        A.
        B.

3. protecting individuals

5. compelling compliance with ~~others~~ orders

B. Levels of force - the level of force used by staff shall be directly related to the amount of force used by the inmate. Force shall Not be used as a means of punishment.

E. Documentation

F. use of Recording equipment

page 17 of 31

K. Reprisals or Retaliation
1.
2.
3.
4.

Inmate Grievance procedure - 19-20

Reference: AR 835 - grv. procedure for offenders

Supersedes: 14-16

1. policy
2. explanation
3. Definitions: A. informal Resolution
   B. Second formal step
      1.-5

C - warden
D - Appeal
E - working days
F - emergency

page 4 of 31

B. Communication of procedure
   1.
   2.
   3.
   4.
C. Accessibility

page 6-31

Attachment II - Acknowledge or Rejection of unit level grievance

Attachment IV - Health services Response to unit-level grievance

Attachment III - warden/center supervisor's decision

Attachment V - Acknowledgment of Grievance Appeal or Rejection of appeal

Attachment VIII - Inmates Complaint form Employee

~~Closing Argument~~                                                                  pg. 5

1. Arkansas Division of Corrections provide the cost of Living for each inmate housed into the care of ADC, East Arkansas Regional unit's security staff, along into medical. Which, inmate Lonix as an inmate is bringing to the attention of court orders, that justice should be carried out throughout the ADC?

2. E.A.R.U., ADC has light bills, water bills, electricity bills, and funding too and for each inmate... such as clothing, Toiletry's, housing, etc. That while on the grounds of ADC, if the said defendants has violated any policy of the E.A.R.U., ADC, then inmate Lonix's legal actions are pointing out these violations, that the Courts should Not tolerate violations and bring about relief for inmate Lonix's Sufferages?

3. The said defendants (Cpt. Lane and Mr. Kerstein) violated policy on the grounds of ADC at the E.A.R.U.. policies of the 2020 inmate handbook. This is proven by the video cameras of witness and a <u>big risk</u> these situations and actions has caused?

4. Inmate Lonix's record of disruptive behavior is monitored, which can be relieved and has Not yet been done; plausibly it could be a lack of medical by Mr. Kerstein? Inmates deserve to work healthy, Live in good health, and be physically able to perform daily tasks and inmate Lonix has complained from 3-12-19 to 7-15-24 about injuries and was Never relieved or satisfied from the decisions of Mr. Kerstein, because of constant physical harm dealing with ADC Security such as Cpt. Lane, inmate Lonix Life w/o sentence ~~has been~~ agreement has been protested due to violations of policy from ADC staff?

5. Inmate Lonix-145216 request $50,000 ?, $30,000 for general damages, $20,000 for pain and sufferage damages... monetary relief.

9-4-24   Interrogatories to mr. kerstein?                                Pg. 6

1. What is protocal when an inmate has experienced harm to his body?
2. Are you considering that you've followed protocal after the 2-15-24 incident? of inmate Lonix?
3. Do you remember each encounter of medically treating inmate Lonix?
4. How many inmates do you Normally visit in a weeks time for medical? How many inmates were approved medical equiptment by you? And How many inmates did you deny medical equiptment too?
5. On 7-15-24 morning time, what was your intentions on a medical exam to inmate Lonix? on 6-12-24 and 1-29-24 what were your medical exam intentions? Do you remember 11-15-23 medical visit?

   Interrogatories to Cpt. Lane?

1. How many escorts have you escorted inmate Lonix? And what encounters have you had with inmate Lonix?
2. Was inmate Lonix a threat to you or ADC staff deuring the escort of 2-15-24 between 9:pm - 1:Am?
3. Did you order the restraints to be placed upon inmate Lonix's anckles before you exitted 8 barracks?

9-4-24  Request for Admissions to mr. kerstein? pg. 7

1. Would you agree or admit, that since inmate Lonix had 4 surgeries on his knees, that it would be medically proven braces will assist his motor abilities?

2. Will you admit or agree, that on 6-12-24 and 7-15-24 you denied or rejected inmate Lonix's medical request for braces?

3. Will you admit or agree on 8-29-24 that your intentions were to medically check inmate Lonix's penis, meaning you were putting on gloves to do so... for swelling? Correct?

4. Will you admit or agree that you have never touched inmate Lonix in any medical performance, meaning you never bent or straightened his knees, etc.? Limbs?

5. Would you admit or agree that you've never medically physically examined inmate Lonix?

6. Will you admit when sending Inmate Lonix back into ADC security care without medical restrictions that it is a big Risk?

Request for admissions to Cpt. Lane?

1. Will you admit or agree that on 2-15-24 between 9:pm - 1:Am you gave Inmate Lonix an escort?

2. Will you admit or agree that by your actions of "use of force" inmate Lonix was entitled for an medical exam?

3. Will you admit or agree that if an inmate is fully restrained that he is physically no threat to ADC security other than his mouth?

Exhibit #1-A.

# HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Lonix, Shane A. **ADC #:** 145216 **GRIEVANCE #:** EAM24-01451

617 Your Grievance dated 6-19-2024, has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You stated that "On 6-12-24, A.M. morning time, I were seen by practitioner /Doctor Mr. Keirstan escorted by Sgt. Johnson and COAY. The visit last no more than 8 minutes of a $3.00 medical co- pay charge I will not afford again... Only because I've complained about 3 limbs since 2019 and harmed by ADC staff 2-15-24, that I suffer neck/back/ an left shoulder agon, which on 3-8 I was seen by Dr. Bennett and had a similar experience. " I were not medically examined"! The E.A.R.U. ADC- Wellpath employees has performed "medical malpractice" which is a term that I'm clamming of these visits. Because I have visable past injuries, because I'm able to prove being slammed on my left upper side, and because I've paid an claim to be in pain, I deserved or earned an x-ray scan and an MRI scan. My medical records has also been denied of my viewing. by Law, these machines will prove my statement of claims which the medical team of E.A.R.U. has failed my necessity to become healed, cured and/ or treated. On 6/12/24, the medical examiner didn't even address my sick calls request 6-7-24. By this action, I rm unable to be happy, because of these actions. I'm left of no self-protection, and their doctoring methods have hindered my ability to produce qualified attributes on traits of a normal human-being inmate. I will refuse to work."

Records reflect you were seen by Nurse Hopkins on 6-8-24 in nursing sick call for your complaint. Her plan of care included referring you to the provider. You were then seen on 6-12-24 by Dr. Kerstein during provider sick call. You were able to ambulate without any assistance with a brisk steady pace as noted by Dr. Kerstein. In this visit to the provider, noted that you have degenerative disk disease. Dr. Kerstein determined the plan of care was to give you Naproxen for 10 days twice daily as needed.

In conclusion, your current medical condition is being addressed by a qualified medical professional and you will continue to receive appropriate care/as determined necessary and clinically indicated based on your provider's judgement. Dr. Kerstein determined a plan of care that involved a Naproxen prescription for 10 days twice daily as needed. He did not order any other tests or x-rays based on his clinical judgement.

Your grievance is without merit.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

JASON PALMER, MEDICAL SVCS MANAGER
JUN 28, 2024 11:24:45 CDT

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? After a $3.00 sick call, each day I wake up to these "Neck/back, Left Shoulder, Left an Right knee injuries without the relief of my complaints, The E.AR.U. medical team is at fault by using the terminology of medical talk, but No medical treatment ! if medication isn't and hasn't, cured, healed, or treated my complaints of injury, then my future to ADC work force is a burden upon my "Lack of actions" which can lead to discipline action's because of mr. Kerstein's judgement and ms. Vennett's assestments! it is a requirement for an MRI and x-ray scan! because I've complained so much since 2019 !

INMATE SIGNATURE
[signature] 7-4-24

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

**Received**

JUL 1 6 2024

Deputy Director
Health & Correctional Programs

Exhibit # 1-B

1-29-24      Neglected Grievance signed by Cpt. Lane

On 1-27-24, 6:Am-7:Am at EARU, I-145216 was illegally denied an refussed by ADC staff peacock of medical treatment. because I'm in isolation segregation 822 max, my options were to submit another $3.00 sick call and/or proceed with a grievance Natured problem that because of the actions of ADC peacock stateing "So your Not going" to the eye clinic after I-145216 stated "can someone else take me", I said "yes" I'm going. As I proceeded to get ready when ADC peacock began to talk an walk away. because of her actions which I've paid $3.00 for medical and had to wait over 1 month for attendance., I suffer brain damage that while straining my eyes to view objects that are far off. This brain damage has altered all senses of erupting other injuries such as: my left side back of left leg, my front side right leg right side, and my front left shoulder, fails my ability to movement from the endurance of my survival. That because I've missed that eye exam; I suffer stress, agony, pain and on 1-29-24 between 7:Am-9:Am escorted by Sgt. Gramm an CO-Hobbs, Dr. kirkstend visit has denied me from an MRI Scan. ADC staff peacock an wellpath employees should understand fair treatment, which to be denied of medical should Not be by staff who isn't medical. Camera of max 822 proves these Facts. In this environment I deserved to be healthy and/or housed around equal individuals under these extreme pressures.

ADC — Grievance code: 622, 616, and 600 were violated. And 605.

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center **E.A.R.U.**
Name **Shane A. Lonix**
ADC# **145216**   Brks # **max 425**   Job Assignment **iso.**

X 4/25

| FOR OFFICE USE ONLY |
|---|
| GRV. # **EAM24-01451** |
| Date Received: **6/21/24** |
| GRV. Code #: **650** |

**6-18-24** (Date) STEP ONE: Informal Resolution

**6-21-24** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Mr. Kerstean Never touched my body, So he give me an oral exam... I Need a physical exam! Ms. Bennett also gave me an oral exam 3-8-24!

**7-4-24**, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning (Medical) or Mental Health Services? ____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): on 6-12-24, A.M. morning time, I were seen by practitioner/Doctor - Mr. Kirstan, escorted by Sgt. Johnson and CO AY. The visit last NO more than 8 minutes of a $3.00 medical co-pay charge I will Not afford again... only because I've complained about 3 Limbs since 2019 and harmed by ADC staff 2-15-24, that I suffer Neck/back/an left Shoulder agony, which on 3-8-24 I were seen by Dr. Bennett and had a Simular experience. "I were Not medically examined". The E.A.R.U. ADC-wellpath employees has performed "medical malpractice" which is a term that I'm claiming of these visits. Because I have visable past injuries, because I'm able to prove being slammed on my left upper side, and because I've paid an claim to be in pain, I deserved or earned an X-ray scan and an MRI scan. my Medical Records has also been denied of my viewing. by Law, these Machines will prove my statements of claims, which the medical team of E.A.R.U. has failed my Necessity to become healed, cured, and/or treated. on 6-12-24, the medical examiner didn't even address my sick calls request - 6-7-24. By these actions, I am unable to be happy, because of these actions I'm left of No self protection, and their doctoring methods have hindered my ability to produce qualified attributes an traits of a Normal human-being inmate. I will refuse work.

**Inmate Signature** *[signed]*    **Date** 6-18-24

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **6/18/24** (date), and determined to be Step One and/or an Emergency Grievance **√** (Yes or No). This form was forwarded to medical or mental health? **√** (Yes or No). If yes, name of the person in that department receiving this form: **R. Bennett HSA**   Date **6/19/24**

**T. Coleman**   **150707**   **J. Coleman**   **6/18/24**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Per earring you were seen on 6/10/24 by Dr. Kerstein for back pain & Naproxen was ordered. Your Naproxen was on hold at the pharmacy & clarifications were updated yesterday 6/18/24. Your Naproxen has since been approved 8PM today 6/19/24. ———see attachment——— 6/19/24

**Staff Signature & Date Returned** *[signed]* 6/19/24   **Inmate Signature & Date Received** *[signed]* 6-21-24  6/19/24

This form was received on **10/01/24** (date), pursuant to Step Two. Is it an Emergency? (Yes or **No**).
Staff Who Received Step Two Grievance: **S. Peaton**   Date: **10/01/24**
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __
If forwarded, provide name of person receiving this form: _____ Date: __

Received JUL 16 2024

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Deputy Director
Health & Correctional Programs

ADCF-15

# ACKNOWLEDGEMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

**TO:** Inmate Lonix, Shane A.  **ADC#:** 145216A
**FROM:** Mills, Debra A  **TITLE:** ADC/ACC Program Specialist
**DATE:** 07/28/2024  **GRIEVANCE #:** EAM24-02025

Please be advised, I have received your Grievance dated 07/23/2024 on 07/26/2024.
You should receive communication regarding the Grievance by 08/23/2024

**SIGNATURE OF ADC/ACC PROGRAM SPECIALIST**

*Debra Mills*

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
● This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
☐ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
○ This Grievance was REJECTED because it was either non-grievable (   ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

**INMATE SIGNATURE**

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)

Exhibit #2-A.
## Witness of E.A.R.U., PO Box 970, Marianna, AR. 72360

1. Ms. Bennett - medical - 3-8-24
2. Jason Palmer - medical - 6-28-24
3. Nurse Moneymaker - medical - 8-22-24
4. Aundrea Culcfager - medical - 7-15-24
5. Cpt. Lane - 2-15-24
6. Video Camera of E.A.R.U. - 2-15-24
7. Picture document - 2-15-24
8. Mr. Kerstein - 6-12-24, 6-28-24, 7-15-24
9. Shane Lonix - #145216 - 7-15-24
10. Debra Mills - Grv. Coor. - 6-25-24, 7-28-24

## Diagram of E.A.R.U.

[Hand-drawn diagram with labels: Population, Hallway, Riot Gate, max administration door, max medical, Riot Gate, Riot Gate, max 8a, Riot Gate, Control Booth, Inmate Cages, max kitchen, Front Door, Isolation 3, Dayroom Inmate, Inmate Showers, Riot Gate, Dayroom Inmates, 9b cell, Control panel, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, Iso 3-174 cell, cell 75, Backdoor outside]

Shane Lonix (signature)

Form 40

#241852

Exhibit # 3-A   800-4

**STATE OF ARKANSAS** )
                     )§
**COUNTY OF** Lee    )

## AFFIDAVIT

I, Shane A. Lonix, after first being sworn, do hereby swear, depose and State that: On 2-15-24 between 9:pm-1:Am placed in the aggressive hold of Captain Lane... Left arm jerked, slammed, an grinded into Max 8 bat rack Riot Gate while in handcuffs, then, Inmate Lonix-145216 was placed in Anckle restraints. Witnesses of EARU ADC Staff CO-White and Sgt. Jackson...while cpt. Lane forced Inmate Lonix to the floor, tugged, pulled, and dragged, then carried in main hallway in front of the max administration. Left arm again abused by cpt. Lane. Lonix was placed in hallway holding cage, pushed, shoved, in the back as his head "top head" hit the wall. "I felt a cool rush", as Inmate Lonix was pulled back out of cage and swept, lifted, grabbed from his feet, "anckles", Legs as the orders of cpt. Lane Stated "Let him drop", "Let him fall"!..."I were then pulled, jerked, from the bean of my torso to the cage as I were forced to the floor once more"...face first because of cpt. Lane, "I slammed hard on my Left sholder an Neck"! I still hurt. Video footages, camera of EARU. ~~requests for admissions~~ ~~Exhibit~~ Notice of memorandum

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

3-15-24
**DATE**

**AFFIANT** Shane Lonix

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
**SOCIAL SECURITY #**

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 13 day of April, 20 24.

**NOTARY PUBLIC**

My Commission Expires

FRANKLIN L. GRAHAM
No. 12704972
SAINT FRANCIS COUNTY
Commission Expires 4-21-2027

Requesting to exceed the page Limitations?
Grievance procedure codes EAM-CU-03-00001
- Requesting to submit All exhibits into evidence?
1. Grievance - 01451, Ex.# 1-C
2. Grievance - EAM24-02025, Ex# 1-D (code 801)(713)
3. Grv. - Exhibit 1-A (code - 600, 611, 609, 800)
4. Grv. - Ex# 1-B - (code - 707)(713)
5. Exhibit # 2-A - diagram
6. Exhibit # 3 - Affidavit
7. Discovery pages 1-7 of testimony?

9-4-24          [signature]

Shane A. Lonix #145216
P.O. Box 970 E.A.R.U.
Marianna, AR. 72360

NEOPOST
09/06/2024
US POSTAGE $002.31
ZIP 72320
041M11284582

U.S. District Court
Clerks office
600 W. Capitol Ave.
                 Suite A-149
Little Rock, AR. 72201

Legal mail