IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHANE A. LONIX**                                                                                         **PLAINTIFF**
ADC #145216

v.                                           CASE NO. 2:24-cv-00142-BSM

**WELLPATH,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Shane A. Lonix's objections, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted. Wellpath Incorporation Regional Office and Ms. Bennet, in her official capacity, are terminated as parties because they were not named in the amended complaint. Claims against Gary Kerstein and Captain Lane are dismissed without prejudice because Lonix has failed to state a claim against them for which relief may be granted. Jurisdiction is declined over the remaining state law claims. All pending motions are denied as moot and it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE