IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHANE A. LONIX**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #145216

v.　　　　　　　　　CASE NO.  2:24-cv-00142-BSM

**WELLPATH,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE